JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>    Plaintiff,<br><br>v.<br><br>CRASH CHAMPIONS, LLC;<br>LILLIAN C. MAIMONE, AS<br>TRUSTEE OF THE MARCO G.<br>MAIMONE AND LILLIAN C.<br>MAIMONE FAMILY TRUST; and<br>DOES 1 to 10,<br><br>    Defendant. | Case No. 2:24-cv-02917 AB (PDx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 31, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.